848

No. 93–9458. GERMINARO v. AMOCO OIL CO., INC. C. A. 2d Cir. Certiorari denied.

No. 93–9459. ROUNDTREE v. MILLER ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–9460. GRAYSON v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–9462. MINNIFIELD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9463. MORRIS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–9465. WILKES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–9466. CARTER v. GUNTER ET AL.; and
No. 93–9467. CARTER v. PADOVEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–9468. EVERETTS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–9469. JOHNSON v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–9470. GARCEAU v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–9471. DEBARDELEBEN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 93–9472. BURGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9473. COLLINS v. KINCHELOE, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 93–9475. BARRAGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.